IN THE SUPREME COURT OF THE STATE OF DELAWARE

LAURA TYLER PERRYMAN, §
§ No. 367, 2025
Defendant Below, §
Appellant, § Court Below–Court of Chancery
§ of the State of Delaware
v. §
§ C.A. No. 2019-1003
CURONIX LLC, a Delaware §
limited liability company, §
§
Plaintiff Below, §
Appellee. §

Submitted: October 14, 2025
Decided: October 20, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## ORDER

On August 27, 2025, the appellant filed a notice of appeal from the Court of Chancery's bench ruling denying her motion to stay the underlying proceedings. The Senior Court Clerk issued a notice, sent by certified mail, to the appellant directing her to show cause why this appeal should not be dismissed for her failure to comply with Supreme Court Rule 42 when taking an appeal from an apparent interlocutory order. The appellant received the notice, as evidenced by the return receipt filed with the Court on October 2, 2025. A timely response to the notice was due by October 13, 2025. To date, the appellant has not responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED that the appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:


*/s/ Collins J. Seitz, Jr.*
Chief Justice